# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FEB 12 2024 PM3:32
FILED-USDC-NDTX-FW

Ms. Antnece Brooks
Plaintiff

v.

Fort Worth Police Department (FWPD)
Defendant

**4-24CV-141-P**
Civil Action No.

## COMPLAINT

See Attached —

\* Attach additional pages as needed.

Date: 2-12-24
Signature: /C
Print Name: Antnece Brooks
Address: Laurie Drive
City, State, Zip: Fort Worth, Texas 76112
Telephone: 682-237-9075



```
            901 Houston St
       Fort Worth, TX, 76102-6226
              (817) 348-8899


Terminal: 0725M600MIX02
2/12/2024 14:56
Receipt #: 0725AUZ5910
Type: Purchase

Qty    Description              Amount

11     PNG B&W S/S 8.5x11 &      2.09
       8.5x14


       SubTotal                  2.09

       District tax              0.02
       City tax                  0.02
       County tax                0.00
       State tax                 0.13

       Total               USD $2.26


Stored Value Card #: ************3432*

Balance remaining on card: USD $0.65
```



**Tell us how we did and get $7 off your next purchase of $40 or more print products***

**Take the survey by scanning the QR code below or visit www.fedex.com/welisten**



**Offer expires 6/30/2024**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2023 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.

**DATED:** 02/08/2024

**NAME:** Ms. Antrece Brooks

**ADDRESS:** Homeless

**CITY:** Fort Worth

**ZIP CODE:** NA

**PHONE:** 214-710-5320

# NORTHERN DISTRICT OF TEXAS
## Ms. Antrece Brooks v.s. FWPD

## Case No.

## COMPLAINT

Plaintiff Ms. Antrece Brooks appears before this court seeking damages in excess of $ 10,000 from Defendant FWPD. Such damages arise out of FWPD: (1) failure of Freedom of Information.

> *Act (2) inappropriate classification of a verbal and inaccurate report. (Bona v. Freedom of Information Commission, 44 Conn. App. 622, 630, 691 A.2d 1 (1997) (act provides public with right to know government informa-tion)*

## STATEMENT OF FACTS

- Plaintiff contacted the police department via verbal requesting iinformation.cted intiff utilized resources and impacted personal activities to visibly retrieve information.

- Plaintiff impacted personal rest to phone the police department to retrieve information.

- Plaintiff reached out to key personnel to get access to information.

- Plaintiff utilized the perceived chain of command to retrieve the information.

- The Fort Worth Police Department makes records of your offense public.

- The Fort Worth Police Department makes personal "in court" appearances in court for

- offenses by the public.

- The Fort Worth Police Department is accountable for actions committed against the

- public. Trevon Martin, etc.

- The Fort Worth Police Department duty is to serve and protect the public not create

- additional havoc through incorrect classification of reports. Noteworthy is the approach

- by the general public in relation to a stigma. A stigma encourages the public to continue

- with criminal activity increasing the impact of hate crime.

**JURISDICTION AND VENUE**

This court has personal jurisdiction over Plaintiff Ms. Antrece Brooks and Defendant FWPD.

This court has jurisdiction over the subject matter of the present action.

The events, transactions, and occurrences forming the factual nexus and subject matter of

Plaintiff's complaint against Defendant FWPD took place within the Fort Worth Division.

**FACTS**

The Plaintiff, Ms. Antrece Brooks' initial verbal report to the police was classified as

ALZ/DEM/MEN by an employee of FWPD. The plaintiff verbalized that her computer device would not allow submission of a police report. The plaintiff explained that she utilized multiple devices and internet service. The plaintiff explained that when finishing an online report the submit button would not function and submit the document. The plaintiff drove over 10 miles hitting the submit button to show a police department that the submit button was not functioning properly. The Plaintiff at the time of the classification was working at Amazon and FWISD simultaneously. The Plaintiff has not been classified as Alzheimer, dementia, or mental. The Plaintiff exhausted all administrative remedies which included expending sleep, energy, and money contacting the police record division and internal affairs division after multiple phone calls. A resolution was not provided by either department. The police records division provided a crisis hotline to obtain answers, the internal affairs followed up on the incident but a name was not provided. The original name assigned to the report was changed two additional times.

**COUNT I: ASSAULT, LIBEL, & SLANDER:**

The plaintiff alleges the defendant is guilty of Defamation (libel). The initial report was visually read by an employee of the police department and then classified as ALZ/DIS/MEN. There was no circumstantial evidence to support the action of the police department. The record is a .public record that has classified Ms. Antrece Brooks as ALZ/DIS/MEN. The classification has .harmed the reputation of Ms. Antrece Brooks.

**COUNT II: FREEDOM OF INFORMATION ACT** The Plaintiff re-alleges the FWPD failed to disclose documented information controlled by the government. Repeatedly, the plaintiff sought

4

to obtain the original officers name of an **initial** report. The Freedom of Information Act required .the Fort Worth Police Department to release information in regards to the classification of the .documented statement about the Plaintiffs character.  The investigator/detective/police- .personnel name was not provided to the plaintiff after a year of effort. The plaintiff was given .a crisis line phone number that was not the direct number to the investigator/detective/police- .personnel. The Fort Worth Police Department classification indirectly has encouraged an increase in the hate against the plaintiff.  The correlation is not statistically sound but the increase of activity via police reports and evidence has been documented.

**PRAYER FOR RELIEF WHEREFORE**, The Plaintiff prays for the following relief: (a) Judgment entered in favor of Plaintiff and against Defendant on Counts I & II of plaintiff's complaint and an award of compensatory damages of not less than $10,000 and (d) Such further and other legal and equitable relief as the Court may deem just and necessary for the defendant under the circumstances.

**EVIDENCE**

The plaintiff called in a report to the police department referencing the initial report and requested guidance on assistance and was given a phone number.  When the plaintiff dialed the phone number it was the CCMS MHMR line due to the classification of the Report.  The plaintiff returned the call requesting assistance for the cutting of her hair. Her mental was not the subject of the call.

**HAIR**: The plaintiff had over four inches of hair cut and confiscated.  The plaintiff managed to re-grow hair.  The plaintiff's hair was cut again and confiscated. The plaintiff's best hypothesis is

her image is to be changed to no hair, darker than the historical color of skin, and no visible female curves. The plaintiff deductive reasoning suggests the activities are those of a group hate crime which is a crime, typically one involving violence, that is motivated by prejudice on the basis of ethnicity, religion, sexual orientation, or similar grounds. The plaintiff has researched all possible resources available to make such changes possible.  Reference picture(s).

THE PICTURE WAS TAKEN OUTSIDE OF THE TARRANT COUNTY CONVENTION CENTER .  IN EACH PICTURE HERE THE HAIR IS LONGER THAN 4 INCHES LONG.




**SKIN COLOR:** The plaintiff experienced a chemical in water previously utilized that changed the back of her hands to a darker skin tone.  The tone was not the result of the sun and has not

6

changed. Reference picture.









**DOCUMENTS POSTED ON THE WEB ATTACKING CHARACTER:** The case against the FWPD is further posted by casetext https://casetext.com/case/brooks-v-fwpd-1 with the following analysis:

## II. ANALYSIS

*The Court takes judicial notice that Brooks was recently granted leave to proceed in forma pauperis in a recent case in the Fort Worth Division. See Brooks v. Fort Worth Police Dep't, 4:22-CV-671-P (N.D. Tex., Fort Worth Div., Aug. 9, 2022); Civ. Doc. 5. Thus, her complaint is subject to screening under 28 U.S.C. § 1915(e)(2)(B). That statute provides inter alia for the sua sponte dismissal of a complaint if the Court finds that it is frivolous or malicious. A complaint is frivolous when it is based on an indisputable meritless legal theory or when the factual contentions are "clearly 'baseless.'" Denton v. Hernandez, 504 U.S. 25, 32 (1992); Neitzke v. Williams, 490 U.S. 319, 325 (1989). The latter category encompasses allegations that describe "fanciful, fantastic, and delusional" scenarios, or that "rise to the level of the irrational or the wholly incredible." Denton, 504 U.S. At 33.*



**DATED:** 02/08/2024
**NAME:** Ms. Antrece Brooks
**SIGNED NAME:**
**ADDRESS:** Homeless
**CITY:** Fort Worth
**ZIP CODE:** NA

**PHONE:** 214-710-5320

**ADDITIONAL CASES:** *420CV00306 (currently closed but pleading based on Material Evidence Pataday made by Alcon having a 1 to 1 with Occupational Disease from Alcon), 3:22-cv-2223 (currently going back and forth with the Appeals court over wording to reopen case and the payment of the case being done via third party)*



JS 44 (Rev. 04/21) (TXND 4/21)   Case 4:24-cv-00141-P-BJ   Document 2   Filed 02/12/24   Page 14 of 16   PageID 16

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Me.

**DEFENDANTS**
FWPD

(b) County of Residence of First Listed Plaintiff: Antrele Brooks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Tarrant 682-237-9075
7413 Laurie Dr.
Fort Worth TX 76112

Attorneys *(If Known)*
1000 Calvert Street
Fort Worth TX 76107

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 4101

Brief description of cause:
Defamation: libel of character resulting in ficters

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

Increase of crime

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

## Instructions to a Non-Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:
     - register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and
     - file any pleading, motion, or other paper electronically. (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)
   - You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.
     - If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.
     - If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.
   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address. If you are not an ECF user, promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

   - On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).
                                                                                                       Signature _____

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information. Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.