UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANTRECE BROOKS,**

   Plaintiff,

v.                               **No. 4:24-cv-0141-P**

**FORT WORTH POLICE DEPARTMENT,**

   Defendant.

## ORDER

   The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case, recommending that Plaintiff's claims against the Fort Worth Police Department be dismissed. ECF No. 8. Plaintiff, appearing *pro se*, filed a document which this Court will liberally construe as an Objection to the FCR. ECF No. 9. After reviewing the FCR *de novo* in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the findings and conclusions of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of this Court.

   Plaintiff's Objection includes an identical copy of her Complaint, along with a form Motion for Continuance asking this Court to reschedule a March 5, 2024 hearing because Plaintiff "need[s] to locate additional cases to support [her] claim." ECF No. 9-1 at 1. Because no hearing was or has been scheduled for March 5, 2024, Plaintiff's Motion for Continuance (ECF No. 9-1) is **DENIED**. Plaintiff goes on to recite a series of disjointed factual allegations similar to those in her Complaint, which are untethered to any legal argument or analysis. Because any supposed legal arguments raised in Plaintiff's Objection are meritless, the Court **OVERRULES** Plaintiff's Objection (ECF No. 9).

   Accordingly, and for the reasons stated in the Magistrate Judge's FCR, the Court finds that Plaintiff's claims against the Fort Worth Police Department are frivolous and fail to state a claim on which relief

may be granted. The Court **ADOPTS** the reasoning in the Magistrate Judge's FCR and **ORDERS** that this case be **DISMISSED with prejudice**.

**SO ORDERED** on this **6th day of March 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE